**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-564**

———————

In Re: WILLIAM LEBRON CHURCH,

Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-95-612)

———————

Submitted:  July 2, 1998                Decided:  July 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

William Lebron Church, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Lebron Church, a Virginia inmate, filed a petition for a writ of mandamus requesting that a federal magistrate judge and district judge recuse themselves and that they be prevented from presiding over any future actions filed by Church. In support of his petition, Church provided mere conclusory allegations of conspiracy against him. Because Church failed to establish any extra-judicial bias, recusal is not warranted. See In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). Church also seeks review of the magistrate judge's orders denying certain motions and dismissing his action filed under 42 U.S.C.A. § 1983 (West Supp. 1998). Mandamus relief is available only if there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d at 826, and may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Because Church could have appealed these orders, mandamus relief is unavailable. We therefore deny Church's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2